1  Alan J. Kessel (Cal. Bar No.: 130707)
2  Suzanne M. Burke (Cal. Bar No.: 188597)
   Brandon Q. Tran (Cal. Bar No.: 223435)
3  **BUCHALTER, NEMER, FIELDS & YOUNGER**
   A Professional Corporation
4  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
5  Telephone: (949) 760-1121
   Facsimile: (949) 720-0182
6  Attorneys for Plaintiff DIRECTV, INC.
   E-Mail: btran@buchalter.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV. F-04-6616 AWI DLB |
| Plaintiff, | Hon. Anthony W. Ishii |
| vs. | **ORDER DISMISSING DEFENDANT MARCO A. CROUSILLAT** |
| MARCO A. CROUSILLAT, | |
| Defendant. | |

Having read the Notice of Voluntary Dismissal of Defendant Marco A. Crousillat filed on March 31, 2005 by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

This action is hereby dismissed without prejudice as against Defendant Marco A. Crousillat; and

Each party shall bear its own attorney's fees and costs incurred in this action to date.

/ / /

/ / /

/ / /

IT IS SO ORDERED.

**Dated:   May 18, 2005**               /s/ Anthony W. Ishii

0m8i78                                           UNITED STATES DISTRICT JUDGE